1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETTA SCONIERS,<br><br>              Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF<br>SOCIAL SERVICES, et al.,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:07cv972 AWI DLB<br><br>ORDER VACATING SCHEDULING ORDER<br>AND ORDER GRANTING MOTION TO<br>PROCEED IN FORM PAUPERIS IN SOCIAL<br>SECURITY APPEAL<br><br>(Documents, 4 and 5)<br><br>ORDER GRANTING APPLICATION TO<br>PROCEED IN FORMA PAUPERIS IN §1983<br>ACTION |

Plaintiff Janetta Sconiers is proceeding pro se and in forma pauperis in this action pursuant to 42 U.S.C. § 1983.  It appears that the action was construed as an appeal of a denial of Social Security benefits in error.  The Court therefore VACATES the Order on Application to Proceed In Forma Pauperis and Scheduling Order in Social Security Appeal, issued on August 3, 2007.

Based on the application filed July 25, 2007, Plaintiff is entitled to proceed in forma pauperis in this 42 U.S.C. § 1983 action and her application is therefore GRANTED.  Plaintiff's complaint will now be screened pursuant to 28 U.S.C. § 1915(e)(2) and the Court will instruct Plaintiff on service of the complaint at the appropriate time.

IT IS SO ORDERED.

Dated:   **September 6, 2007**              **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE