**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JANETTA SCONIERS, | ) | 1:07cv0972 AWI DLB |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | ) | (Document 9) |
| CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, et al., | ) | ORDER DISMISSING HIPAA CAUSE OF ACTION AND DISMISSING CERTAIN NAMED DEFENDANTS |
| Defendants. | ) | |

Plaintiff Janetta Sconiers ("Plaintiff") is proceeding pro se and in forma pauperis in this action, filed on July 9, 2007.

On January 2, 2008, the Magistrate Judge issued Findings and Recommendation that certain Defendants be DISMISSED and certain causes of action be DISMISSED without leave to amend. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. Over thirty (30) days have passed and Plaintiff has not filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

//

//

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated January 2, 2008, is ADOPTED IN FULL;
2. Defendants SSA, Michael J. Astrue, Pao Vang, Jesse Rojas, Jose Plasencia, Timoteo Gomez, Andrew Baxter, Minaxi Jhaveri, Jose Banuelos, John R. Castello, Joyce Howell, Elizabeth Parker, Gregory Martin and DSS are DISMISSED; and
3. Plaintiff's HIPAA cause of action is DISMISSED WITHOUT LEAVE TO AMEND.

IT IS SO ORDERED.

**Dated:   February 15, 2008**            /s/ Anthony W. Ishii
                                          UNITED STATES DISTRICT JUDGE