IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETTA SCONIERS,<br><br>　　　　　**Plaintiff,**<br>　　v.<br><br>CALIFORNIA DEPARTMENT OF<br>SOCIAL SERVICES, et al.,<br><br>　　　　　**Defendants.** | 07-CV-00972-AWI-DLB<br><br>**ORDER TAKING MATTERS<br>UNDER SUBMISSION** |

　　　Motions to dismiss were filed by defendant Fresno Community Hospital and Medical Center on March 11, 2008, and by Fresno County In Home Supportive Services and Julie Hornback on March 13, 2008.  The motions are set for hearing on Monday, April 28, 2008.  The Court has reviewed the moving papers and has determined that the matters are suitable for decision without oral argument pursuant to Local Rule 78-230(h).

　　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 28, 2008 is VACATED, and the parties shall not appear at that time.  As of April 28, 2008, the Court will take the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　　April 23, 2008　　　　　　　　　　　／s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE