IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETTA SCONIERS,<br><br>    Plaintiff,<br>  v.<br><br>CALIFORNIA DEPARTMENT OF<br>SOCIAL SERVICES, et al.,<br><br>    Defendants. | 07-CV-00972-AWI-DLB<br><br>ORDER TAKING MATTERS<br>UNDER SUBMISSION |

Motions to dismiss were filed by defendant Fresno Community Hospital and Medical Center on June 3, 2008 (Doc. 30), and by defendants Nellie Go and Valley Family Medical Center on June 11, 2008 (Doc. 33).  The motions are set for hearing on Monday, August 4, 2008. The Court has reviewed the moving papers and has determined that the matters are suitable for decision without oral argument pursuant to Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 4, 2008 is VACATED, and the parties shall not appear at that time.  As of August 4, 2008, the Court will take the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   July 30, 2008                        /s/ Anthony W. Ishii
                                      CHIEF UNITED STATES DISTRICT JUDGE