1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETTA SCONIERS,                                    )<br><br>                                    )<br>                                    )<br>                    Plaintiff,             )<br>                                    )<br>    v.                                    )<br>                                    )<br>CALIFORNIA DEPARTMENT OF        )<br>SOCIAL SERVICES, et al.,                )<br>                                    )<br>                                    )<br>                    Defendants.           )<br>_____ ) | 1:07cv972 AWI DLB<br><br>ORDER GRANTING PLAINTIFF'S REQUEST<br>FOR ADDITIONAL TIME TO FILE<br>AMENDED COMPLAINT<br><br>(Document 43) |

Plaintiff Janetta Sconiers ("Plaintiff") is proceeding pro se and in forma pauperis in this action, filed on July 9, 2007.

On September 11, 2008, the Court granted Defendants' motion to dismiss in part with leave to amend. Plaintiff's amended complaint was due within twenty days.

On October 2, 2008, Plaintiff submitted an ex parte application for an extension of time to file her amended complaint. She requests an additional sixty days because she has been "in and out of the hospital."

Plaintiff's request is GRANTED. Plaintiff SHALL file her amended complaint by December 9, 2008.

IT IS SO ORDERED.

**Dated:    October 8, 2008**              _____ **/s/ Dennis L. Beck** _____
                                                    UNITED STATES MAGISTRATE JUDGE

1