IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETTA SCONIERS, ) | 07-CV-00972 AWI-DLB |
| ) | |
| Plaintiff, ) | ORDER REGARDING |
| ) | PLAINTIFF'S MOTION FOR |
| v. ) | RECONSIDERATION OF |
| ) | ORDERS DATED JANUARY 20, |
| CALIFORNIA DEPARTMENT OF ) | 2009 AND FEBRUARY 5, 2009 |
| SOCIAL SERVICES, et al., ) | |
| ) | (Document #75) |
| Defendants. ) | |
| ) | |

This court issued a September 11, 2008 order,[1] which granted Plaintiff permission to file a third-amended complaint so long as she complied with Rule 8 and the court's September 11 2008 order.

This court issued a December 16, 2008 order, which dismissed Plaintiff's third-amended complaint because it failed to comply with Rule 8, the rulings of the September 11, 2008 order, and L. R. 11-110. The December 16, 2008 order also gave Plaintiff permission to file a fourth-amended complaint that complied with Rule 8, the September 11, 2008 and the December 16, 2008 order, and L. R. 11-110.

Plaintiff's fourth-amended complaint was due on January 9, 2009. On January 20, 2009 the court issued an order, which precluded Plaintiff from filing a fourth-amended complaint because based on the docket, it did not appear that Plaintiff had filed an amended complaint or a request for an extension of time by January 9, 2009. On January 23, 2009, Plaintiff filed an

---

[1] The September 11, 2008 order also granted in part and denied in part Defendants' motions to dismiss. (Document #42.)

application for leave to file an amended complaint in excess of the court's page limitation as per the December 16, 2008 order. On February 6, 2009, the court denied Plaintiff's application on the grounds that Plaintiff had not timely filed an amended complaint or a request for additional time. Due to a clerical error,[2] however, the court was unaware that on December 18, 2008, Plaintiff had filed a request for additional time to file an amended complaint.

Accordingly, the court vacates its January 20, 2009 and February 6, 2009 orders and will permit Plaintiff to file an amended complaint that complies with this order, the September 11, 2008 order, the December 16, 2008 order, Rule 8, and L.R. 11-110 within twenty (20) of service of this order.

## **ORDER**

For the reasons discussed above, this court:

1. Vacates the court's January 20, 2009 order and February 6, 2009 order.

2. ORDERS Plaintiff to file an amended complaint in compliance with this order, the September 11, 2008 order, the December 16, 2008 order, Rule 8, and L.R. 11-110 within twenty (20) days of service of this order. Plaintiff's further amended complaint must not exceed 35 double spaced pages in length, including attachments and exhibits. As such, Plaintiff should not submit attachments such as correspondence or grand jury transcripts.

3. The court admonishes Plaintiff that any violation of this order, the September 11, 2008 order, the December 16, 2008 order, or Rule 8 will result in dismissal with prejudice of this action for failure to obey a court order and to comply with Rule 8 and L.R. 11-110.

IT IS SO ORDERED.

**Dated:    March 4, 2009**            /s/ Anthony W. Ishii
                                                   CHIEF UNITED STATES DISTRICT JUDGE

---

[2]Plaintiff's December 18, 2008 motion was unintentionally not docketed.